# United States Court of Appeals for the Federal Circuit

---

**STUPP CORPORATION, A DIVISION OF STUPP BROS., INC., WELSPUN TUBULAR LLC USA, IPSCO TUBULARS, INC., MAVERICK TUBE CORPORATION,**
*Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellee*

**HYUNDAI STEEL COMPANY,**
*Defendant*

**SEAH STEEL CORP.,**
*Defendant-Appellant*

---

2020-1857

---

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00334-CRK, 1:15-cv-00336-CRK, 1:15-cv-00337-CRK, Judge Claire R. Kelly.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, VACATED AND REMANDED IN PART**

ENTERED BY ORDER OF THE COURT

July 15, 2021         /s/ Peter R. Marksteiner
                      Peter R. Marksteiner
                      Clerk of Court