NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STUPP CORPORATION, A DIVISION OF STUPP BROS., INC., WELSPUN TUBULAR LLC USA, IPSCO TUBULARS, INC., MAVERICK TUBE CORPORATION,**
*Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellee*

**HYUNDAI STEEL COMPANY,**
*Defendant*

**SEAH STEEL CORP.,**
*Defendant-Appellant*

---

2020-1857

---

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00334-CRK, 1:15-cv-00336-CRK, 1:15-cv-00337-CRK, Judge Claire R. Kelly.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, BRYSON[1], DYK, PROST, O'MALLEY, REYNA, TARANTO, CHEN, HUGHES, STOLL, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

# O R D E R

SeAH Steel Corp. filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on October 8, 2021.

FOR THE COURT

October 1, 2021　　　　/s/ Peter R. Marksteiner
Date　　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　Clerk of Court

---

[1] Circuit Judge Bryson participated only in decision on the petition for panel rehearing.