# United States Court of Appeals for the Federal Circuit

---

**STUPP CORPORATION, A DIVISION OF STUPP BROS., INC., WELSPUN TUBULAR LLC USA, IPSCO TUBULARS, INC., MAVERICK TUBE CORPORATION,**
*Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**HYUNDAI STEEL COMPANY,**
*Defendant*

**SEAH STEEL CORP.,**
*Defendant-Appellant*

---

2020-1857

---

Appeal from the United States Court of International Trade in No. 1:15-cv-00334-CRK, 1:15-cv-00336-CRK, 1:15-cv-00337-CRK, Judge Claire R. Kelly.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered July 15, 2021, and pursuant to Rule 41 of the Federal Rules

of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 8, 2021                    /s/ Peter R. Marksteiner

                                   Peter R. Marksteiner
                                   Clerk of Court