UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| STUPP CORPORATION ET AL., <br><br>    Plaintiffs and Consolidated Plaintiffs, <br><br>and <br><br>MAVERICK TUBE CORPORATION, <br><br>    Plaintiff-Intervenor and Consolidated Plaintiff-Intervenor, <br><br>v. <br><br>UNITED STATES, <br><br>    Defendant, <br><br>and <br><br>SEAH STEEL CORPORATION AND HYUNDAI STEEL COMPANY, <br><br>    Defendant-Intervenors and Consolidated Defendant-Intervenors. | Before: Claire R. Kelly, Judge <br><br> Consol. Court No. 15-00334 |

## ORDER

The court's ruling on this matter has been affirmed in part, vacated in part and remanded in part by the U.S. Court of Appeals for the Federal Circuit ("Court of Appeals") for remand to the U.S. Department of Commerce ("Commerce") for further proceedings in accordance with Stupp Corp. v. United States, 5 F.4th 1341 (Fed. Cir. 2021) ("Stupp"); now in conformity with the Stupp decision and the Court of Appeals' Mandate, October 8, 2021, ECF No. 191, it is

**ORDERED** that this case is remanded to Commerce for further proceedings in conformity with the Court of Appeals' opinion in <u>Stupp</u>; and it is further

**ORDERED** that the parties shall confer and file a proposed briefing schedule on or before Thursday, October 28, 2021.

        <u>/s/ Claire R. Kelly</u>
        Claire R. Kelly, Judge

Dated:   October 8, 2021
        New York, New York