IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| STUPP CORPORATION ET AL, <br><br> Plaintiffs and Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> SEAH STEEL CORPORATION AND HUYNDAI STEEL COMPANY, <br><br> Defendant-Intervenors and Consolidated Defendant-Intervenors. | Consol. Court No. 15-00334 |

**DEFENDANT'S PARTIAL CONSENT MOTION TO EXTEND THE TIME WITHIN WHICH TO FILE THE REMAND RESULTS**

Pursuant to Rules 6(b) and 7(b) of the Rules of this Court, defendant, the United States, respectfully requests a one-week extension of time, through and including April 4, 2022, for the Department of Commerce (Commerce) to file the remand results regarding Commerce's differential pricing analysis. Pursuant to the Court's order dated October 29, 2021, Commerce's remand results are currently due to the Court on March 28, 2022. No briefing schedule different than that established in Rule 56.2(h) for commenting on remand results has been set in this case. This is our first request to extend the time for Commerce to file the remand results.

On March 16, 2022, defendant's counsel contacted counsel for the other parties in this case for their position on this motion. Counsel for plaintiff IPSCO Tubalrs Inc. and

intervenor plaintiff Maverick Tube Corporation indicated that their clients consent to this motion. Counsel for intervenor defendant Hyundai Steel Corporation indicated that their client takes no position on the motion. Counsel for consolidated plaintiff/intervenor defendant SeAH Steel Corporation indicated that their client opposes the motion and intends to file a written response.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A); *see also* USCIT Rule 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."). Good cause exists for our requested extension of time in this case. Specifically, the additional time we are requesting is necessary because Commerce needs more time to consider interested parties' comments on the draft remand results. Specifically, the agency prepared and issued the draft remand results on March 8, 2022, and provided interested parties with one week to comment on the draft remand results. At the time, the agency anticipated that it would be able to complete and file the final remand results with the Court by the current March 28, 2022 deadline.

However, SeAH Steel Corporation (SeAH) requested additional time to submit its comments on Commerce's draft remand results, arguing that denying its request for additional time to submit its comments by Monday, March 21, 2022, would be "grossly unfair." Commerce granted SeAH's extension request allowing it to submit its comments by 10 a.m. on Monday, March 21, 2022. Because SeAH needed additional time to prepare and submit its comments, Commerce accommodated SeAH's request and provided SeAH with the time requested. As a result, Commerce needs additional time to consider and address SeAH's comments and issue the final remand results. A short one-week extension

of the deadline will enable the agency to complete the remand within a reasonable time under the circumstances.

For these reasons, we respectfully request that the Court extend the deadline for filing Commerce's remand results as reflected in the proposed order submitted with this motion.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/Claudia Burke
CLAUDIA BURKE
Assistant Director

OF COUNSEL:

MYKHAYLO GRYZLOV
Senior Counsel
Office of the Chief Counsel
   for Trade Enforcement & Compliance
U.S. Department of Commerce

s/Robert R. Kiepura
ROBERT R. KIEPURA
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel.: (202) 305-4436
Fax: (202) 353-0461
Email: Robert.kiepura@usdoj.gov

March 17, 2022      Attorneys for Defendant

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| STUPP CORPORATION ET AL, <br><br> Plaintiffs and Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> SEAH STEEL CORPORATION AND HUYNDAI STEEL COMPANY, <br><br> Defendant-Intervenors and Consolidated Defendant-Intervenors. | Consol. Court No. 15-00334 |

## **ORDER**

Upon consideration of Defendant's motion to extend the time for the Department of Commerce (Commerce) to file the remand results, and upon all other papers and proceedings herein, it is hereby

**ORDERED** that Defendant's motion is GRANTED; and it is further

**ORDERED** that the Court's October 29, 2021 Scheduling Order is modified as follows:

Commerce shall file the remand results on or before April 4, 2022; and it is further

**ORDERED** that the deadline for parties to submit a joint status report and proposed briefing schedule shall remain with 10 days of the issuance of the final remand redetermination.

_____

Hon. Jennifer Choe-Groves, Judge

Dated: _____, 2022

4