**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 18A

| | |
|---|---|
| KAPTAN DEMR CELIK ENDUSTRISI VE TICARET A.S., <br>                   Plaintiff, <br> and <br> COLAKOGLU DIS TICARET A.S., *et. al.*, <br>                   Plaintiff-Intervenor, <br> v. <br> UNITED STATES, <br>                   Defendant, <br> and <br> REBAR TRADE ACTION COALITION, <br>                   Defendant-Intervenor. | Court No. 21-00565 <br><br> and Attached Schedule |

**NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)**

PLEASE TAKE NOTICE that Reza Karamloo, an attorney with the United States Department of Commerce, who previously entered an appearance on behalf of defendant United States in this action and the related actions listed in the attached schedule, is no longer participating in these action. Please remove his CM/ECF access to business proprietary information and assure that he is no longer served with business proprietary information.

Date: May 9, 2022                              /s/ Reza Karamloo

                                               REZA KARAMLOO
                                               Assistant Chief Counsel
                                               Office of the Chief Counsel
                                                 for Trade Enforcement & Compliance
                                               U.S. Department of Commerce

Schedule to Notification of Termination of Government Attorney
Access to Business Proprietary Information

| Court Number(s) | Case Name |
| --- | --- |
| 14-00116 | Golden Dragon Precise Copper Tube Group, Inc. et al v. United States |
| 14-00263 | United States Steel Corporation v. United States |
| 15-00177 | Golden Dragon Precise Copper Tube Group, Inc. et al v. United States |
| 15-00334 | Stupp Corporation et al v. United States |
| 16-00126 | Silevo, LLC et al v. United States |
| 17-00062 | Titan Tire Corporation et al v. United States |
| 17-00063 | ATC Tires Private Ltd. et al v. United States |
| 17-00137 | POSCO v. United States |
| 17-00156 | Nucor Corporation v. United States |
| 17-00157 | Rebar Trade Action Coalition v. United States |
| 17-00190 | United States Steel Corporation v. United States |
| 17-00202 | Rebar Trade Action Coalition v. United States |
| 17-00203 | Habas Sinai ve Tibbi Gazlar Istihsal Endustrisi A.S. v. United States |
| 17-00208 | SolarWorld Americas, Inc. v. United States |
| 17-00210 | Sino-American Silicon Products Inc. et al v. United States |
| 18-00106 | Rebar Trade Action Coalition v. United States |
| 18-00173 | Hyundai Steel Company v. United States |
| 18-00177 | SeAH Steel Corporation v. United States |
| 18-00178 | NEXTEEL Co., Ltd. v. United States |

| | | |
|---|---|---|
| 19-00080 | American Cast Iron Pipe Company et al v. United States | |
| 19-00112 | Husteel Co., Ltd. v. United States | |
| 19-00115 | NEXTEEL Co., Ltd. v. United States | |
| 19-00119 | Hyundai Steel Company v. United States | |
| 19-00121 | SeAH Steel Corporation v. United States | |
| 19-00149 | ICDAS Celik Enerji Tersane Ve Ulasim Sanayi, A.S. v. United States | |
| 19-00150 | Colakoglu Metalurji A.S. et al v. United States | |
| 20-00065 | Habas Sinai ve Tibbi Gazlar Istihsal Endustrisi A.S. v. United States | |
| 20-00088 | Full Member Subgroup of the American Institute of Steel Construction, LLC v. United States | |
| 20-00153 | Colakoglu Metalurji A.S. et al v. United States | |
| 20-03848 | Celik Halat ve Tel Sanayi A.S. v. United States | |
| 20-03898 | NEXTEEL Co., Ltd. v. United States | |
| 20-03935 | SeAH Steel Corporation v. United States | |
| 20-03940 | Hyundai Steel Company v. United States | |
| 21-00050 | Celik Halat ve Tel Sanayi A.S. v. United States | |
| 21-00182 | Nucor Corporation v. United States | |
| 21-00397 | Kumho Tire (Vietnam) Co., Ltd. v. United States | |

(As added Dec. 4, 2012, eff. Jan. 1, 2013.)