FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)  Form 1  March 2023

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 15-00334

Case title being appealed: Stupp Corporation  v. United States

Date of final judgment or order being appealed: 02/24/2023

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

SeAH Steel Corporation

Date: 03/22/2023

Signature: /s/ Jeffrey M. Winton

Name: Jeffrey M. Winton

Address: 1900 L St. NW

Suite 611

Washington, DC 20036

Phone Number: 202-774-5503

Email Address: jwinton@winton.law