# UNITED STATES COURT OF INTERNATIONAL TRADE

**STUPP CORPORATION ET AL.,**

**Plaintiffs and Consolidated Plaintiffs,**

**and**

**MAVERICK TUBE CORPORATION,**

**Plaintiff-Intervenor and Consolidated Plaintiff-Intervenor,**

**v.**

**UNITED STATES,**

**Defendant,**

**and**

**SEAH STEEL CORPORATION AND HYUNDAI STEEL COMPANY,**

**Defendant-Intervenors and Consolidated Defendant-Intervenors.**

**Before: Claire R. Kelly, Judge**

**Consol. Court No. 15-00334**

## JUDGMENT

This case having been duly submitted for decision, and the court, after due deliberation, having rendered its opinion, and in conformity with that opinion, it is

**ORDERED** that the final results in the less-than-fair-value investigation of welded line pipe from the Republic of Korea, see Welded Line Pipe from the Republic of Korea, 80 Fed. Reg. 61,366 (Dep't of Commerce Oct. 13, 2015) (final determination

of sales at less than fair value), as amended by Welded Line Pipe from the Republic of Korea, 80 Fed. Reg. 69,637 (Dep't Commerce Nov. 10, 2015) (amended final determination of sales at less than fair value) and accompanying Isses and Decisions Memorandum, A-580-876, (Oct. 5, 2015), ECF No. 30-3, are sustained, except for the matters remanded by Stupp Corp. v. United States, 359 F. Supp. 3d 1293 (Ct. Int'l Trade 2019); and it is further

**ORDERED** that the results of the first remand redetermination, see Final Results of Redetermination Pursuant to Ct. Remand Order, May 2, 2019, ECF No. 135, are sustained, except for the matters remanded by Stupp Corp. v. United States, 413 F. Supp. 3d 1326 (Ct. Int'l Trade 2019); and it is further

**ORDERED** that the results of the second remand redetermination, see Final Results of Redetermination Pursuant to Ct. Remand, Jan 15, 2020, ECF No. 168, are sustained, except for the matters remanded by Stupp Corp. v. United States, 5 F. 4th 1341 (Fed. Cir. 2021); and it is further

**ORDERED** that the results of the third remand redetermination, see Final Results of Redetermination Pursuant to Ct. Remand, April 4, 2022, ECF No. 208, are sustained, except for the matters remanded by Stupp Corp. v. United States, No 2023-1663, 2025 WL 1178392 (Fed. Cir. 2025); and it is further

**ORDERED** that the results of the fourth remand redetermination, see Final Results of Redetermination Pursuant to Ct. Remand Order, March 16, 2026, ECF No. 278-1, are sustained, and judgment is accordingly entered for the Defendant United States; and it is further

**ORDERED** that the subject entries shall be liquidated in accordance with the final court decision, including all appeals, as provided for in section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2018).

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated: September 15, 2026
New York, New York